UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

-vs-

SONNY LEE THORNTON

Case Number: 6:97-CR-104-ORL-18GJK

USM Number: 14704-018

Clarence W. Counts, Jr., FPD
201 S. Orange Avenue, Suite 300
Orlando, Florida 32801

## JUDGMENT IN A CRIMINAL CASE
### For Revocation of Probation or Supervised Release

The defendant admitted guilt to violation charge number 6 of the term of supervision. The defendant is adjudicated guilty of thiss violation charge number:

| Violation Charge Number | Nature of Violation | Violation Ended |
|---|---|---|
| Six | Failure to notify ten days prior to any change in residence | February 6, 2006 |

The defendant is sentenced as provided in the following pages of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

**IT IS ORDERED** that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Date of Imposition of Sentence:

4/11/2008

JOHN ANTOON II
UNITED STATES DISTRICT JUDGE

April 2 2 ,2008

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **10 Months. The term of imprisonment is to run consecutively with the defendant's term of imprisonment already imposed or as yet to be imposed in any future sentence in Docket No. 48-2006-CF-1687-O, Orange County Florida Circuit Court.**

The Court recommends to the Bureau of Prisons:

> That defendant be considered for classes to obtain his G.E.D. and for any trade programs offered by the Bureau of Prisons

It is FURTHER ORDERED that upon release from imprisonment, Defendant is released from further supervision by the court.

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By:_____
Deputy U.S. Marshal

AO 245B (Rev. 6/05) Judgment in a Criminal Case